```
 1  KAYE SCHOLER LLP
    PAMELA J. YATES, Bar Number 137440
 2  PAUL GELB, Bar Number 214439
    BETSY L. KATZ, Bar Number 229194
 3  1999 Avenue of the Stars, Suite 1700            *E-FILED 6/2/05*
    Los Angeles, California  90067
 4  Telephone:  (310) 788-1000
    Facsimile:   (310) 788-1200
 5
    Attorneys for Defendants
 6  PFIZER INC., PHARMACIA & UPJOHN LLC
    and GREENSTONE LTD.
 7
 8               UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  JENNIFER CHARNOFSKY, et al.,   )   CASE NO. C 04-02864 RS
                                   )
12         Plaintiffs,              )   [PROPOSED] ORDER RE
                                   )   ADMINISTRATIVE MOTION TO
13      v.                         )   CONSIDER WHETHER CASES
                                   )   SHOULD BE RELATED
14  WYETH, et al.,                 )
                                   )   [Civil L.R. 3-12(b), 7-11]
15         Defendants.              )
                                   )
16  _____)
```

1

1  The Court has considered Defendants' Administrative Motion to Consider Whether Cases
2  Should be Related, and has reviewed the papers submitted with the Administrative Motion.
3  *Shiohira v. Wyeth Pharmaceuticals, Inc., et al., 3:05-cv-01642-TEH, Bacha v. Wyeth*
4  *Pharmaceuticals, Inc., et al., 4:05-cv-01942-CW and Cologgi, et al. v. Wyeth Pharmaceuticals, Inc.,*
5  *et al.,3:05-cv-01941-JSW* are related to this case as defined by Civil L.R. 3-12(a). The Clerk of
6  Court is ordered to reassign these cases to United States Magistrate Judge Richard Seeborg. Counsel
7  are instructed that all future filings are to bear the initials RS immediately after the case number. All
8  matters presently scheduled for hearing in the reassigned case are vacated and must be renoticed for
9  hearing before Judge Seeborg.

12  IT IS SO ORDERED.

14  Dated: June __2__, 2005

17  /s/ Richard Seeborg
    _____
18  HONORABLE RICHARD SEEBORG
19  UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kaye Scholer LLP, 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067-6048.

On **June 1, 2005,** I served the foregoing document described as **PROPOSED ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| **Counsel for Plaintiff** | **Local Counsel for Wyeth** |
|---|---|
| Gary M. Paul, Esq. | Stuart Gordon, Esq. |
| Michael B. Gurien, Esq. | Fletcher Alford, Esq. |
| PAUL & JANOFSKY | GORDON & REES, LLP |
| A Professional Corporation | Embarcadero Center West |
| 1401 Ocean Avenue, Suite 300 | 275 Battery Street, 20th Floor |
| Santa Monica, CA 90401-2103 | San Francisco, CA 94111 |
|  | |
|  | **Local Counsel for Barr Pharmaceuticals, Inc.** |
|  | Donald F. Zimmer, Jr., Esq. |
|  | Michael P. Pulliam, Esq. |
|  | DRINKER BIDDLE & REATH LLP |
|  | 50 Fremont Street, 20th Floor |
|  | San Francisco, CA 94105-2235 |

__X__  **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

__X__  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 1, 2005**, at Los Angeles, California.

_____CATHY LANCE_____        _____*Cathy Lance*_____
Name                              Signature